UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff(s),

vs.

CORNELIO REYNA CERON,

Defendant(s).

No. CR-09-00013 MHP

**ORDER DENYING MOTION**

Defendant, who was sentenced by this court on April 14, 2009, moves this court to "reinstate jail time spent in official detention pursuant to Title 18 U.S.C. 3585". The motion must be denied.

The Supreme Court has made it clear that the district court does not have authority to grant credit for time served under section 3585. In *United States v. Wilson*, 503 U.S. 329, 335 (1992), the Court stated, citing to section 3585, that the "Attorney General, through the BOP [Bureau of Prisons] has the responsibility for administering the sentence." *Id*. The Court went on to hold that this responsibility includes determining credit for jail time against the federal sentence, observing that. "because the district court cannot determine the amount of the credit at sentencing, the Attorney General has no choice but to make the determination as an administrative matter when imprisoning the defendant." *Id*. Accordingly,

IT IS HEREBY ORDERED that defendant's motion is DENIED without prejudice to raising the issue with the Bureau of Prisons.

Date: May 25, 2011

MARILYN HALL PATEL
United States District Court
Northern District of California